IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICE WARD | : | CIVIL ACTION |
| | : | NO. 14-00017 |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al. | : | |

## ORDER

AND NOW, this 22nd day of September, 2014, upon consideration of the motions to dismiss of the defendants Commonwealth of Pennsylvania, Commonwealth of Pennsylvania Board of Probation, Delaware County Office of Adult Probation and Parole, Delaware County, Michael Potteiger, Michael Raith and Alicia Sweeney (in their official and individual capacities) (Dkt. Nos. 30, 32, 38), plaintiff's responses thereto (Dkt. Nos. 37, 39, 41) and defendants' replies (Dkt. Nos. 36, 40) and consistent with the accompanying memorandum of law, it is ordered that the Motions are GRANTED and Counts I, II, III, and IV of plaintiff's second amended complaint are DISMISSED, with the exception that plaintiff's state law claims against defendants Potteiger, Raith and Sweeney in their individual capacities are DISMISSED WITHOUT PREJUDICE.

_s/Thomas N. O'Neill, Jr._
THOMAS N. O'NEILL, JR., J.